508 P.2d 1144

**FARMERS INSURANCE EXCHANGE, a branch of the Farmers Insurance Group, Appellant,**

v.

**Irving C. LOESCHE, as Administrator of the Estate of Lester Iglehart, Deceased, Appellee.**

**No. 10959–PR.**

Supreme Court of Arizona.

April 17, 1973.

On Petition for Review of 17 Ariz.App. 421, 498 P.2d 495.

Ordered: Vacating the order heretofore entered granting the petition for review herein.

Further ordered: Denying said petition for review.